## ANNIE OSBORNE v. STATE.

No. A-2772.   Opinion Filed December 28, 1917.

(169 Pac. 270.)

APPEAL AND ERROR—Briefs—Affirmance.   Where no appearance is
made by counsel representing plaintiff in error, and no briefs are
filed, and there is no error apparent on the face of the record,
the judgment of conviction will be affirmed.

*Appeal from District Court, Atoka County;*

*J. H. Linebaugh, District Judge.*

Annie Osborne was convicted of manslaughter in the
first degree, and sentenced to four years' imprisonment
in the penitentiary, and she appeals.   Judgment affirmed.

*James H. Garnert, Baxter Taylor, R. M. Rainey,* and
*W. E. Utterback,* for plaintiff in error.

*S. P. Freeling,* Atty. Gen., and *R. McMillan,* Asst.
Atty. Gen., for the State.

MATSON, J.   Annie Osborne, the plaintiff in error,
was convicted in the district court of Atoka county of
the crime of manslaughter in the first degree, and sen-
tenced to serve four years' imprisonment in the state
penitentiary.   She was charged with the murder of one
America Lynch.   The parties were all negroes, and the
evidence discloses that the deceased had for some years
been intimate with the husband of the plaintiff in error,
and the killing arose out of this unlawful relationship. No
appearance was made at the time this case was assigned
for oral argument, nor have counsel filed any brief in be-
half of the plaintiff in error.   The court has examined
carefully the pleadings, instructions, judgment, and sen-
tence and the evidence in the case, and no error has been

discovered of such a nature as to authorize a reversal of this judgment under rule 9 of this court (12 Okla. Cr. viii, 165 Pac. x).

The judgment is therefore affirmed.

DOYLE, P. J., and ARMSTRONG, J., concur.